UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : No. 1:25-CR-306 |
| EDUARDO DOMINGO-AGUILAR | : |
| Defendant. | : |

# INDICTMENT

**THE GRAND JURY CHARGES:**

FILED
HARRISBURG, PA
DEC 03 2025
PER _____
DEPUTY CLERK

### COUNT 1
8 U.S.C. § 1326
(Illegal Reentry)

On or about September 23, 2025, in Franklin County, in the Middle District of Pennsylvania, the defendant,

**EDUARDO DOMINGO-AGUILAR,**

an alien, was found in the United States at or near Franklin County, Pennsylvania, after having been removed from the United States through San Antonio, TX, pursuant to law on or about September 21, 2015, and without first having obtained permission for re-entry into the United States as required by law.

In violation of Title 8, United States Code, Section 1326 (a), and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

BRIAN D. MILLER
United States Attorney

GRAND JURY FOREPERSON

*[signature]*
Kelley K. McGraw
Assistant United States Attorney

12/3/2025.

Date

2